UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,            ORDER

vs                  6:06-CR-6128 (1)

DAVID ROBINSON

    Defendant.

_____

  The sum of $500.00 was deposited in the Registry of this Court on March 21, 2006 by Patrice Robinson, the Surety herein, to secure the appearance of David Robinson, the Defendant herein, before this Court and to answer to charges pending against him.

  On August 31, 2006, before the Hon. David G. Larimer, the Defendant pled guilty and on January 8, 2007 was sentenced to the custody of the Bureau of Prisons for a term of 12 months and 1 day, followed by 3 years supervised release. The Defendant was also ordered to pay a $200.00 special penalty assessment in addition to a $250.00 fine which have not yet been paid.

  N O W, upon written request and tender of this Court's original receipt number 600-68952 from Patrice Robinson, the Surety herein, requesting refund of said cash bail, it is

  O R D E R E D, that the Clerk of the Court is hereby directed to issue a U.S. Treasury check in the amount of $500.00 made payable to Patrice Robinson representing the refund of said cash bail.

                   _____
                   HON. DAVID G. LARIMER
                   UNITED STATES DISTRICT JUDGE

Dated: February 27, 2007
     Rochester, New York